IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **DIANE D. JONES and JAMES ARNOLD,** individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**REALPAGE, INC. d/b/a LEASINGDESK SCREENING,**<br><br>Defendant. | Case No. 3:19-cv-02087-B<br><br>**JOINT MOTION TO EXCUSE PARTIES FROM IN-PERSON MEET AND CONFER REQUIREMENT FOR STATUS REPORT**<br><br>District Court Judge Jane J. Boyle |

Defendant RealPage, Inc. d/b/a LeasingDesk Screening ("RealPage") and Plaintiffs Diane D. Jones and James Arnold ("Plaintiffs"), by and through their undersigned counsel (collectively, the "Parties"), jointly move this Honorable Court to excuse the Parties from the in-person meet and confer requirement as set forth in the Court's Status Report Order (Dkt. No. 44). In support of this joint motion, the Parties state as follows.

1. On September 4, 2019, this case was transferred to this Court from the Northern District of Ohio. (Dkt. No. 41.)

2. Prior to the case being transferred, the case had been pending in the Northern District of Ohio since March before Judge Gwin. Judge Gwin required that the Parties move the case forward, while the motion to dismiss or to transfer was pending. Accordingly, the Parties prepared a scheduling report, attended an in-person scheduling conference, and a scheduling order

was entered in that case. The Parties also engaged in significant discovery and Plaintiffs filed a motion for class certification.

3. On September 11, 2019, following the transfer to Texas, the Court issued a Status Report Order requiring the Parties to meet face-to-face to discuss the matters specified in FRCP 26(f) and as set forth in the Order. (Dkt. No. 44.) The Order further states that the Parties may seek advance Court approval to eliminate such requirement. (*Id.*)

4. In this case, Counsel for the Parties previously met in person in connection with the 26(f) report and scheduling conference, while this action was pending in Ohio. Further, since the case has been transferred to Texas, the Parties have been proactively discussing a proposed schedule for this matter, along with other issues relevant to the Court's Order. Accordingly, the Parties respectfully request that the Court excuse them from the in-person conference requirement.

WHEREFORE, for good cause shown and in light of the history of this matter, the Parties hereby request that the Court excuse the Parties from the in-person meet and confer requirement set forth in the Status Report Order.

Dated: September 25, 2019            TROUTMAN SANDERS LLP

                                     By:    /s/ Ronald I. Raether
                                            Ronald I. Raether (pro hac vice)
                                            5 Park Plaza, Suite 1400
                                            Irvine, California 92614
                                            Tel: (949) 622-2700
                                            Fax: (949) 622-2739
                                            Ron.Raether@troutman.com

                                            *Attorneys for Defendant*
                                            *RealPage Inc., d/b/a LeasingDesk Screening*

- 3 -

Dated: September 25, 2019    FRANCIS & MAILMAN

                                        By:    */s/ John Soumilas*
                                                  John Soumilas (pro hac vice)
                                                  1600 Market Street, Suite 2510
                                                  Philadelphia, PA 19103
                                                  Tel: (215) 735-8600
                                                  Fax: (215) 940-8000
                                                  jsoumilas@consumerlawfirm.com

                                                  *Attorneys for Plaintiffs*
                                                  *Diane D. Jones and James Arnold*

40221204