IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DIANE D. JONES, individually and on behalf of herself and all others similarly situated,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 3:19-CV-2087-B |
| **REALPAGE, INC. d/b/a LEASINGDESK SCREENING,** | § § § § | |
| **Defendant.** | § § | |

# ORDER

By order of reference filed December 9, 2019 (doc. 82), before the Court for determination is the *Memorandum of Law in Support of Motion to Compel Interrogatory Responses and Production of Documents* (doc. 79), filed December 6, 2019.  On December 20, 2019, the parties filed their joint submission (doc. 88) as required by the order dated December 9, 2019 (doc. 83).

An oral argument concerning the issues in the motions that remained after the parties' conference, and that were addressed in the joint submission, was conducted on the record on January 15, 2019, and all parties appeared through counsel.  After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, including the agreement of the parties, the motion is **GRANTED IN PART** and **DENIED IN PART**.

1.     The plaintiff's motion to compel a response to Interrogatory No. 15 is granted.  The defendant must produce its answer to this interrogatory to the plaintiff's counsel within 14 days of the date of this order.

2.      The defendant's relevance objection to Interrogatories No. 16 and 17 is overruled, and the plaintiff's motion to compel a response to these two interrogatories is granted.  The defendant must produce its answers to these two interrogatories to the plaintiff's counsel within 21 days of the date of this order.

3.      The motion to compel a response to Request for Production No. 2 is denied as moot.

4.      All relief not expressly awarded is denied.

   **SO ORDERED** on this 15th day of January, 2020.

*signature*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE