IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIANE D. JONES, individually and on behalf of herself and all others similarly situated,<br><br>  *Plaintiff*,<br><br>v.<br><br>REALPAGE, INC. d/b/a LEASINGDESK SCREENING,<br><br>  *Defendant*. | Civ. No. 3:19-cv-02087-B |

**[PROPOSED] ORDER COMPELLING INTERROGATORY
RESPONSE AND DOCUMENT PRODUCTION AND IMPOSING SANCTIONS**

AND NOW, upon consideration of Plaintiff's Motion to Compel and for Sanctions, and good cause appearing therefore,

IT IS, this _____ day of _____, 2020, HEREBY ORDERED that Plaintiff's Motion to Compel and for Sanctions is GRANTED. Defendant is HEREBY ORDERED to produce the following information no later than _____, 2020:

(1) A correct response to Plaintiff's Interrogatory 15;

(2) All extracted reports and data used to derive the response to Plaintiff's Interrogatory 15, which is responsive to Plaintiff's Document Request 2;

(3) A knowledgeable witness for deposition regarding the process used to derive the corrected response to Plaintiff's Interrogatory 15.

It is further ORDERED that Plaintiff's request for sanctions is GRANTED. Within ten (10) days after the completion of the deposition referenced above, Plaintiff will submit to the Court a revised

declaration identifying the attorney time and expenses incurred in connection with each of the categories identified in paragraph 11 of the February 21, 2020 Declaration of John Soumilas.

Dated: _____   _____
                                    Jane J. Boyle
                                    United States District Judge