UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIANE D. JONES, individually and on behalf of herself and all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-2087-B |
| REALPAGE, INC. d/b/a LEASINGDESK SCREENING, | § § § § | |
| Defendant. | § | |

## ORDER REFERRING MOTIONS

Before the Court are Plaintiff's Motion to File Documents and Testimony Under Seal (Doc. 102) and Plaintiff's Motion to Compel and For Sanctions (Doc. 103). These motions are **referred to the United States Magistrate Judge Irma C. Ramirez** for hearing, if necessary, and recommendation or determination to this Court. *See* 28 U.S.C. § 636(b).

Future pleadings concerning these motions shall be filed with transmittal letter addressed to Magistrate Judge Ramirez so copies can be sent directly to her without delay.

SO ORDERED.

SIGNED: February 26, 2020.

*/s/ Jane J. Boyle*
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -