IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIANE D. JONES, individually and on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>REALPAGE, INC. d/b/a LEASINGDESK SCREENING,<br><br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3:19-CV-2087-B<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

By order of reference filed February 26, 2020, before the Court for determination are the *Motion to File Documents and Testimony Under Seal in Connection with the Plaintiff's Motion to Compel and for Sanctions* (doc. 102); and the *Motion to Compel and for Sanctions* (doc. 103), both filed February 21, 2020.

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Friday, March 13, 2020**.  Movant may not file a reply.

An oral argument has been scheduled for **Thursday, March 19, 2020, at 10:00 a.m.** in courtroom 1566.  Unless otherwise ordered, the motion will be determined based on the relevant filings.  No evidence will be received at the oral argument.  **All counsel must confirm their attendance at least two days prior to the hearing by contacting Courtroom Deputy Marie Castañeda at (214) 753-2167.**  Failure to confirm or to attend the hearing without obtaining permission of the Court will result in appropriate sanctions.

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions.  Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and ***authorities***." (emphasis added).  Briefs containing authorities greatly assist the Court in making rulings more expeditiously.

**SO ORDERED** on this 27th day of February, 2020.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE