## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

DIANE D. JONES, individually and on behalf )
of herself and all others similarly situated,  )   Civ. No. 3:19-cv-02087-B
                                               )
     *Plaintiff*,                                )
                                               )
v.                                             )
                                               )
REALPAGE, INC. d/b/a LEASINGDESK   )
SCREENING,                                     )
                                               )
     *Defendant*.                               )


## PLAINTIFF'S RULE 37(c) MOTION TO STRIKE DEFENDANT'S SECOND SUPPLEMENTAL DISCLOSURES

Plaintiff Diane P. Jones, by and through her undersigned counsel, move to strike Defendant

RealPage, Inc.'s Second Supplemental Disclosures pursuant to Fed. R. Civ. P. 37(c) for the reasons

set forth in Plaintiff's contemporaneously filed Memorandum in Support.

              Respectfully submitted,

              */s/ John Soumilas*
              James A. Francis
              John Soumilas
              Lauren KW Brennan
              **Francis Mailman Soumilas, P.C.**
              1600 Market Street, Suite 2510
              Philadelphia, PA 19103
              Tel: (215) 735-8600
              Fax: (215) 940-8000

              Michael A. Caddell
              Cynthia B. Chapman
              Amy E. Tabor
              **Caddell & Chapman**
              628 East 9th Street
              Houston, TX 77007
              T: 713.751.0400
              E. mac@caddellchapman.com
              E: cbc@caddellchapman.com
              E: aet@caddellchapman.com

Jim Flegle
**Loewinsohn Flegle Deary Simon LLP**
12377 Merit Drive, Suite 900
Dallas, TX 75251
T: 214.572.1700
E: jimf@lfdslaw.com

Edward Y. Kroub
**Cohen & Mizrahi LLP**
300 Cadman Plaza West, 12th Floor
Brooklyn, NY  11201
T:  929/575-4175
F: 929/575-4195
E: edward@cml.legal

*Attorneys for Plaintiff Diane D. Jones*

Dated: March 12, 2020

## Certificate of Conference

As set forth in further detail in the accompanying Memorandum, the undersigned certifies that Plaintiff conferred with counsel regarding the relief sought in the above Motion on multiple occasions, including (1) via a letter dated January 27, 2020, putting Defendant on notice that its Rule 26(a)(1)(A)(i) disclosures were incomplete and needed to be supplemented and (2) during a telephonic meet and confer held on March 3, 2020.  Thus, this motion is presented as opposed for the Court's consideration.

*/s/ John Soumilas*
John Soumilas, Esq.

## Certificate of Service

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Texas, I hereby certify that this document and the accompanying Memorandum of Law were filed March 12, 2020 via the Electronic Case Filing system, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ John Soumilas*
John Soumilas, Esq.