

March 12, 2020

<u>Via ECF</u>

Hon. Irma C. Ramirez
United States District Court
1100 Commerce Street, Courtroom 1566
Dallas, TX 75242

      Re:    *Diane D. Jones v. RealPage, Inc.*, **3:19-cv-02087-B**
             **Request for Telephone Appearance**

Dear Judge Ramirez:

      We represent Plaintiff Diane D. Jones in the above action. As per the instructions of the court, we are submitting this letter as a motion to appear telephonically. Currently, we are scheduled to have a hearing on Plaintiff's Motion to Compel and Motion for Sanctions on March 19, 2020. Dkt. No. 107. Given the federal government guidelines about avoiding air travel due to coronavirus concerns, we ask the Court if we would be allowed to appear via video-link or telephone. We have no objection to defense counsel doing the same. Additionally, with a Motion for Sanctions pending, we believe this would help lower the costs we will submit as part of our fee petition should we be successful on the Motion. We thank the Court for its attention to this matter.

                                                            Respectfully,

                                                            John Soumilas

cc:     All Counsel of Record (*via* ECF)