**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| DIANE D. JONES, individually and on behalf of herself and all others similarly situated, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civ. No. 3:19-cv-02087-B |
| REALPAGE, INC. d/b/a LEASINGDESK SCREENING, | § § | |
| *Defendant*. | § § § § | |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Diane D. Jones, by and through her undersigned counsel, hereby gives notice of recent authority that addresses issues under Fed. R. Civ. P. 23 which are the subject of a pending motion before this Court. Specifically, this Court presently has before it Plaintiff's Motion to Certify Class, which is fully briefed. *See* Docs. 127, 138, 143. The decision in *McIntyre v. RealPage, Inc.*, 2020 WL 5017612 (E.D. Pa. Aug. 25, 2020) (attached hereto as Exhibit 1) was issued after the close of class certification briefing, and discusses issues relevant to the pending motion.

Like the instant matter, the *McIntyre* case deals with class allegations under the Fair Credit Reporting Act section 1681e(b) against RealPage, Inc. with respect to the accuracy of the tenant screening reports sold by the defendant. The *McIntyre* case certified a class of consumers with the same claims at issue in this matter, and the court in *McIntyre* rejected many of the same arguments Defendant makes here with respect to the ascertainability of class members, commonalty, and predominance.

1

Plaintiff therefore respectfully submits that the *McIntyre* case further supports her position in this matter that class certification is warranted.

Dated: September 9, 2020

Respectfully submitted,

**FRANCIS MAILMAN SOUMILAS, P.C.**

*/s/ John Soumilas*
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
Lauren KW Brennan (*pro hac vice*)
Edward H. Skipton (*pro hac vice*)
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone:     (215) 735-8600
Facsimile:      (215) 940-8000
Email:          jsoumilas@consumerlawfirm.com
                dsearles@consumerlawfirm.com
                lbrennan@consumerlawfirm.com
                eskipton@consumerlawfirm.com

Michael A. Caddell
Cynthia B. Chapman
Amy E. Tabor
**Caddell & Chapman**
628 East 9th Street
Houston, TX 77007
T: 713.751.0400
E. mac@caddellchapman.com
E: cbc@caddellchapman.com
E: aet@caddellchapman.com

Jim Flegle
Donna Lee
**Loewinsohn Flegle Deary Simon LLP**
12377 Merit Drive, Suite 900
Dallas, TX 75251
T: 214.572.1700
E: jimf@lfdslaw.com
E: donnal@lfdslaw.com

Matthew A. Dooley (0081482)
Stephen M. Bosak, Jr. (0092443)
**O'TOOLE, McLAUGHLIN, DOOLEY &**
**PECORA, CO., LPA**
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:     (440) 930-4001
Facsimile:      (440) 934-7208
Email:           mdooley@omdplaw.com
                   sbosak@omdplaw.com

Edward Y. Kroub
**Cohen & Mizrahi LLP**
300 Cadman Plaza West, 12th Floor
Brooklyn, NY  11201
T: 929/575-4175
F: 929/575-4195
E: edward@cml.legal

*Counsel for Plaintiffs and the Proposed Class*

**<u>Certificate of Service</u>**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Texas, I hereby certify that this document was filed September 9, 2020, through the Electronic Case Files system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 9, 2020

/s/ John Soumilas
John Soumilas