IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIANE D. JONES, individually and on behalf of herself and all others similarly situated,<br><br>   *Plaintiff*,<br><br>  v.<br><br>REALPAGE, INC. d/b/a LEASINGDESK SCREENING,<br><br>   *Defendant*. | Civ. No. 3:19-cv-02087-B |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Diane D. Jones, by and through her undersigned counsel and pursuant to this Court's Order dated September 14, 2020 (Doc. 152), hereby gives notice of the decision in *McIntyre v. RealPage, Inc.*, 2020 WL 5017612 (E.D. Pa. Aug. 25, 2020) (attached hereto as Exhibit 1), for consideration in connection with Plaintiff's Motion to Certify Class. Docs. 127, 138, 143.

Dated: September 16, 2020

              Respectfully submitted,

              **FRANCIS MAILMAN SOUMILAS, P.C.**

              */s/ John Soumilas*
              John Soumilas (*pro hac vice*)
              David A. Searles (*pro hac vice*)
              Lauren KW Brennan (*pro hac vice*)
              Edward H. Skipton (*pro hac vice*)
              1600 Market Street, Suite 2510
              Philadelphia, PA 19103
              Telephone: (215) 735-8600
              Facsimile: (215) 940-8000
              Email:   jsoumilas@consumerlawfirm.com
                     dsearles@consumerlawfirm.com
                     lbrennan@consumerlawfirm.com
                     eskipton@consumerlawfirm.com

Michael A. Caddell
Cynthia B. Chapman
Amy E. Tabor
**Caddell & Chapman**
628 East 9th Street
Houston, TX 77007
T: 713.751.0400
E. mac@caddellchapman.com
E: cbc@caddellchapman.com
E: aet@caddellchapman.com

Jim Flegle
Donna Lee
**Loewinsohn Flegle Deary Simon LLP**
12377 Merit Drive, Suite 900
Dallas, TX 75251
T: 214.572.1700
E: jimf@lfdslaw.com
E: donnal@lfdslaw.com

Matthew A. Dooley (0081482)
Stephen M. Bosak, Jr. (0092443)
**O'TOOLE, McLAUGHLIN, DOOLEY & PECORA, CO., LPA**
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:     (440) 930-4001
Facsimile:     (440) 934-7208
Email:         mdooley@omdplaw.com
               sbosak@omdplaw.com

Edward Y. Kroub
**Cohen & Mizrahi LLP**
300 Cadman Plaza West, 12th Floor
Brooklyn, NY  11201
T: 929/575-4175
F: 929/575-4195
E: edward@cml.legal

*Counsel for Plaintiffs and the Proposed Class*

## Certificate of Service

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Texas, I hereby certify that this document was filed September 16, 2020, through the Electronic Case Files system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 16, 2020

*/s/ John Soumilas*
John Soumilas